UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SARAH SILVA, BROOK BRITTINGHAM,
SHERRY WORRELL, SHAUNA
MAYNARD,

           Plaintiffs,

-vs-                                            Case No.  5:04-cv-114-Oc-10GRJ

MICHAEL WHITE, in his individual and
official capacities, SUMTER COUNTY by
and through the SUMTER COUNTY
BOARD OF COMMISSIONERS, and
WILLIAM O. FARMER, SUMTER COUNTY
SHERIFF, in his official and individual
capacities,

           Defendants.
_____

## **O R D E R**

On June 1, 2005, the Parties notified the Court that they had successfully mediated and settled all claims against Defendants Sumter County by and through the Sumter County Board of Commissioners, and William O. Farmer, Sumter County Sheriff, in his official and individual capacities. (Doc. 47).  Defendant White did not participate in the mediation.  On August 17, 2005, the Parties filed a Stipulation for Dismissal with prejudice of all claims settled during the mediation.  (Doc. 48).

Pursuant to the stipulation and in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Clerk is directed to enter judgment dismissing all claims

against Defendants Sumter County by and through the Sumter County Board of Commissioners, and William O. Farmer, Sumter County Sheriff, in his official and individual capacities, with prejudice, each party to bear its own attorneys' fees and costs. This case shall go forward solely against Defendant White.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 22nd day of August, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Michael White, *pro se*
             Maurya McSheehy