UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SARAH SILVA, BROOK BRITTINGHAM,
SHERRY WORRELL, SHAUNA
MAYNARD,

      Plaintiffs,

-vs-            Case No.  5:04-cv-114-Oc-10GRJ

MICHAEL WHITE, in his individual and
official capacities, SUMTER COUNTY
DETENTION CENTER, SUMTER COUNTY
SHERIFF'S OFFICE,

      Defendants.
_____

**O R D E R**

  This case is before the Court on the Plaintiffs' Notice of Voluntary Dismissal (Doc. 53) of Defendant Michael White.   On September 21, 2005, the Court provided *pro se* Defendant Michael White 30 days to file any objections he may have to this Notice of Voluntary Dismissal, and informed Defendant White that failure to file any such objections would result in dismissal of this action without further notice (Doc. 54).  Defendant White has not filed any such objections, or otherwise responded to the Court's Order and the time for objecting has expired.

  Accordingly, upon due consideration and pursuant to the Plaintiffs' Notice and Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Clerk is directed to enter judgment

dismissing this case without prejudice, each party to bear its own attorney's fees and costs.

The Clerk is further directed to terminate all pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 7th day of December, 2005.

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Maurya McSheehy